# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                           Plaintiff,<br><br>        - against -<br><br>KUROSEMI INC.<br><br>                           Defendant. | Adv. Pro. No. 25-50635 (KBO)<br><br><br><br><br><br>Re: Docket No. 16 |

## REQUEST FOR ORAL ARGUMENT REGARDING DEFENDANT'S MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, MOTION TO COMPEL ARBITRATION

Pursuant to Rule 7007-3 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Kurosemi Inc. (the "Defendant"), by and through its undersigned counsel, hereby respectfully requests oral argument on *Defendant's Motion to Dismiss Complaint or, In the Alternative, Motion to Compel Arbitration* [D.I. 16] (the "Motion"). The Defendant submits that oral argument will be beneficial to the Court and hereby requests that oral argument on the Motion be scheduled at the Court's convenience.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: October 13, 2025
      Wilmington, Delaware

Respectfully submitted,

*/s/ R. Stephen McNeill*
R. Stephen McNeill (No. 5210)
Ethan H. Sulik (No. 7270)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Email: rmcneill@potteranderson.com
       esulik@potteranderson.com

-and-

Gregory S. Grossman, Esq. (admitted *pro hac vice*)
Joseph Rome, Esq. (admitted *pro hac vice*)
**SEQUOR LAW**
1111 Brickell Avenue
Suite 1250
Miami, Florida 33131
Telephone: (305) 372-8282
Email: ggrossman@sequorlaw.com
       jrome@sequorlaw.com

*Counsel for Kurosemi Inc.*