# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                      Plaintiff,<br><br>    - against -<br><br>KUROSEMI INC.<br><br>                      Defendant. | Adv. Pro. No. 25-50635 (KBO)<br><br><br><br><br><br><br><br>**Re: Docket No. 16** |

### NOTICE OF COMPLETION OF BRIEFING REGARDING DEFENDANT'S MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, MOTION TO COMPEL ARBITRATION

**PLEASE TAKE NOTICE** that pursuant to Rule 7007-4 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Kurosemi Inc. (the "Defendant"), by and through its undersigned counsel, hereby advises the Court that briefing on *Defendant's Motion to Dismiss Complaint or, in the Alternative, Motion to Compel Arbitration* [D.I. 16] (the "Motion") is now complete.

**PLEASE TAKE FURTHER NOTICE** that below is a list of pleadings concerning the Motion and corresponding docket numbers.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

12507634v.2

| Tab | Date Filed / Entered | Pleading | Adv. Docket No. |
|---|---|---|---|
| 1. | 4/28/25 | *Complaint for Turnover of Assets Pursuant to 11 U.S.C. § 542, Violation of the Automatic Stay Pursuant to 11 U.S.C. § 362, Disallowance of Claims Pursuant to 11 U.S.C. § 502, Breach of Contract, and for Declaratory Judgment* | 1 |
| 2. | 6/13/25 | *Order Approving Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* | 7 |
| 3. | 7/11/25 | *Defendant's Motion to Dismiss Complaint or, in the Alternative, Motion to Compel Arbitration* | 16 |
| 4. | 7/11/25 | *Declaration of Yan "Jerry" Zhang in Support of Kurosemi's Motion to Dismiss Complaint* | 17 |
| 5. | 7/11/25 | *Defendant's Memorandum of Law in Support of Defendant's Motion to Dismiss Complaint or, in the Alternative, Motion to Compel Arbitration* | 18 |
| 6. | 9/12/25 | *Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Complaint* | 34 |
| 7. | 9/12/25 | *Declaration of Christopher Martin in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss the Complaint* | 35 |
| 8. | 9/12/25 | *Declaration of Claudio De Castro* | 36 |
| 9. | 9/12/25 | *Declaration of Stephanie G. Wheeler in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss the Complaint* | 37 |
| 10. | 10/10/25 | *Defendant's Memorandum of Law in Support of Defendant's Reply in Support of Defendant's Motion to Dismiss Complaint or, in the Alternative, Motion to Compel Arbitration* | 43 |
| 11. | 10/13/25 | *Request for Oral Argument Regarding Defendant's Motion to Dismiss Complaint or, in the Alternative, Motion to Compel Arbitration* | 44 |
| 12. | 10/14/25 | *Plaintiff's Request for Oral Argument* | 45 |

12507634v.2

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 7007-4 and the Court's Chambers Procedures, two physical binders and a hyperlinked copy of this Notice of Completion of Briefing, including a zip drive containing the papers identified above, will be sent to chambers.

| | |
|---|---|
| Dated: October 16, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ R. Stephen McNeill*<br>R. Stephen McNeill (No. 5210)<br>Ethan H. Sulik (No. 7270)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Email: rmcneill@potteranderson.com<br>         esulik@potteranderson.com<br><br>-and-<br><br>Gregory S. Grossman, Esq. (admitted *pro hac vice*)<br>Joseph Rome, Esq. (admitted *pro hac vice*)<br>**SEQUOR LAW**<br>1111 Brickell Avenue<br>Suite 1250<br>Miami, Florida 33131<br>Telephone: (305) 372-8282<br>Email: ggrossman@sequorlaw.com<br>         jrome@sequorlaw.com<br><br>*Counsel for Kurosemi Inc.* |

12507634v.2