# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                    Plaintiff,<br><br>        -against-<br><br>KUROSEMI INC.,<br><br>                    Defendant. | Adv. Pro. No. 25-50635 (KBO) |

### NOTICE OF COMPLETION OF BRIEFING REGARDING MOTION OF FTX RECOVERY TRUST FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

**PLEASE TAKE NOTICE** that briefing is completed with respect to the *Motion of FTX Recovery Trust for Leave to File Sur-Reply in Further Opposition to Defendant's Motion to Dismiss* [Adv. D.I. 52] (the "Motion"). The Motion is ready for disposition by the Bankruptcy Court. A list of all relevant pleadings and docket numbers related to the Motion is as follows:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| Tab | Pleading | Date Filed | Adv. Docket No. |
|---|---|---|---|
| 1. | Motion of FTX Recovery Trust for Leave to File Sur-Reply in Further Opposition to Defendant's Motion to Dismiss | 11/12/2025 | 52 |
| 2. | Defendant's Opposition to Motion of FTX Recovery Trust for Leave to File Sur-Reply in Further Opposition to Defendant's Motion to Dismiss | 11/26/2025 | 58 |

Dated: January 28, 2026
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Howard W. Robertson IV*
Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
Howard W. Robertson, IV (No. 6903)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
   cobb@lrclaw.com
   mcguire@lrclaw.com
   robertson@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Stephanie G. Wheeler (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Jacob M. Croke (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: wheelers@sullcrom.com
   gluecksteinb@sullcrom.com
   crokej@sullcrom.com

*Counsel for FTX Recovery Trust*