**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | Adv. Pro. No. 25-50635 (KBO) |
| -against- | **Adv. Ref. Nos. 16 & 46** |
| KUROSEMI INC., | |
| Defendant. | |

## NOTICE OF HEARING ON MOTION TO DISMISS

**PLEASE TAKE NOTICE** that Oral Argument on *Defendant's Motion to Dismiss Complaint or, in the Alternative, Motion to Compel Arbitration* [Adv. D.I. 16] has been scheduled for **April 29, 2026 at 9:30 a.m. (ET)** before The Honorable Karen B. Owens, Chief Judge at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom # 3, Wilmington, Delaware 19801.

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063, respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: March 19, 2026  
     Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*  
Adam G. Landis (No. 3407)  
Richard S. Cobb (No. 3157)  
Matthew B. McGuire (No. 4366)  
Howard W. Robertson, IV (No. 6903)  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450  
Email: landis@lrclaw.com  
     cobb@lrclaw.com  
     mcguire@lrclaw.com  
     robertson@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**  
Stephanie G. Wheeler (admitted *pro hac vice*)  
Brian D. Glueckstein (admitted *pro hac vice*)  
Jacob M. Croke (admitted *pro hac vice*)  
125 Broad Street  
New York, NY 10004  
Telephone: (212) 558-4000  
Facsimile: (212) 558-3588  
Email: wheelers@sullcrom.com  
     gluecksteinb@sullcrom.com  
     crokej@sullcrom.com

*Counsel for FTX Recovery Trust*

2